**RECEIVED**

Fred C. Pitzer
3430 Pape Ave
Cincinnati, Ohio  45208

DEC 0 3 2003
Terry Deinlein, Acting Clerk
Cincinnati, Ohio

Date: November 25th, 2003

Clerk of Courts
U.S. Southern District Court of Ohio
100 East Fifth St.
Cincinnati, Ohio  45202

Case Nos.
C-1-01-130 SPIEGEL
C-1-02-230 WEBER

**FILED**

DEC 0 3 2003
Terry Deinlein, Acting Clerk
Cincinnati, Ohio

~~In Re: Notification of change in address.~~

Dear Clerk,

   Please be aware that I was released from prison over the past weekend and wanted to notify your office immediately.

**OLD ADDRESS:** Fred C. Pitzer, #391-080
R.C.I. P.O.Box 7010
Chillicothe, Ohio  45601-7010

**NEW ADDRESS:** Fred C. Pitzer
3450 Pape Ave.
Cincinnati, Ohio  45208

(513) 871-0037

Respectfully Yours,

*/s/ Fred C. Pitzer*

Fred C. Pitzer, Plaintiff Pro-se