# IN THE UNITED STATES DISTRICT COURT OF OHIO
## SOUTHERN DISTRICT
## WESTERN DIVISION

| | |
|---|---|
| **FRED C. PITZER**<br>Plaintiff, : | Case No. **C-1-01-130** |
| : | Judge: **Spiegel** |
| Vs. : | Magistrate Judge: **Hogan** |
| : | |
| **C.M.S., et al.,**<br>Defendants. : | **JUDICIAL NOTICE OF**<br>**ADJUDICATIVE FACTS** |

Now comes, Fred C. Pitzer (hereinafter Plaintiff), pro-se and pursuant to 201 of the Fed.R.Evid. He states the following:

The Plaintiff states that on December 4th, 2003, this Court adopted the Report & Recommendation of the Magistrate Judge granting summary judgment in favor of Hamilton County Defendants. Furthermore, C.M.S. was not a party to summary judgment proceedings as they did not file a disparities motion and therefore, remain a party to this case.

The Plaintiff states that he has filed a motion to set a trial date against C.M.S. and the motion has not yet been ruled on. Further, because the Plaintiff has named two defendants; One as Jane Doe aka Nurse Amy; and one as John Doe aka Nurse Bob, he is required to identify those defendants through discovery and hereby identifies them as follows:

1. Jane Doe aka Nurse Amy has been identified as Amy May.
2. John Doe aka Nurse Bob has been identified as Robert Ober.

## CONCLUSION

**WHEREFORE,** the Plaintiff hereby gives his Judicial Notice of Adjudicative Facts identifying all Jane and John Doe defendants and this case is now ripe for trial.

Respectfully Submitted,

Plaintiff, Pro-se
Fred C. Pitzer
3430 Pape Ave.
Cincinnati, Ohio   45208

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing JUDICIAL NOTICE OF ADJUDICATIVE FACTS was sent by regular U.S. Mail, postage prepaid, on this 24th day of December, 2003 to the following:

Vincent Lodico, Esq.
500 South Front St., Suite 1200
Columbus, Ohio  43215

*/s/ signature*
Plaintiff, Pro-se
Fred C. Pitzer
3430 Pape Ave.
Cincinnati, Ohio  45208