

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| Fred C. Pitzer, | : | |
| **Plaintiff** | : | Case No: C-1-01-130 |
| v. | : | Judge Spiegel |
| | | Magistrate Judge Hogan |
| Correctional Medical Services, et al. | : | |
| **Defendants.** | : | |

### STIPULATION OF DISMISSAL

Pursuant to Rule 41(A)(1), the parties hereby stipulate to a dismissal as to Correctional Medical Services, Inc., Jeff Thurston, Medical Health Services Administrator, Jane Doe, Nurse Amy, RN and John Doe, Nurse Bob, RN, and said dismissal is to be with prejudice to further action.

Respectfully submitted,

_____
FRED PITZER
3555 Craig Avenue
Louisville, KY 40215
*Plaintiff, pro se*

_____
VINCENT J. LODICO (0021812)
Crabbe, Brown & James
500 South Front Street, Suite 1200
Columbus, OH 43215
(614) 229-4536 telephone
(614) 229-4559 fax
*Attorney for Defendant, CMS*

219129